RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12-14-07

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| JONAS HAMILTON | CIVIL DOCKET NO. 06-110 (LEAD) |
| | 06-127 (MEMBER) |
| VERSUS | JUDGE HAIK |
| GOMEZ HONRIS, ET AL | |
| and | |
| CLARENCE SAM | |
| | MAGISTRATE C. MICHAEL HILL |
| VERSUS | |
| FJK ENTERPRISE, LTD., ET AL | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## R U L I N G

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff Clarence Sam's Daubert Motion in Limine to Exclude or alternatively to Limit Expert Testimony [Doc. 43] is hereby GRANTED.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 13th day of December, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

COPY SENT
DATE 12/14/07
BY
TO